UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| RICHARD B. THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 4:13-cv-008-TWP-TAB |
| ) | |
| JOHN G. HEYBURN, II, ) | |
| JUDGES OF THE WESTERN DISTRICT, ) | |
| JUDICIALCONDUCT COMMITTEE 6th CIRCUIT ) | |
| ) | |
| Defendants. ) | |

**Entry and Order Dismissing Action**

**I.**

As the result of prior proceedings, the claim against the undersigned in this civil rights action has been dismissed and Plaintiff Richard B. Thornton was given through March 20, 2013, in which "to demonstrate how the Southern District of Indiana could be a permissible venue for this action." Mr. Thornton requested and the Court granted a continuance and extension of time for him to respond to any kind of orders (Dkt. 21) and Mr. Thornton was given until May 20, 2013 within which to demonstrate how the Southern District of Indiana could be a permissible venue for this action pursuant to 28 U.S.C. § 1391(b).

The May 20, 2013 deadline has passed without any response from Mr. Thornton. For reasons principally explained in the precursor to this case, *Thornton v. 46th Judicial District Judges, et al.*, No. 1:12-cv-1092-TWP-DKL (S.D.Ind. Aug. 13, 2012)(Order transferring case to Western District of Kentucky), the Southern District of Indiana could not be found to be a permissible venue as to claims other than that against the undersigned. Further, it appears the Mr. Thornton has abandoned those claims.

If venue is not proper, the district court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a) (2012). Because the plaintiff has abandoned the improperly brought claims, they shall necessarily be dismissed.

This action shall therefore be dismissed. The claim against the undersigned is dismissed with prejudice. All other claims are dismissed without prejudice.

## II.

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date:   06/10/2013

Distribution:

Richard B. Thornton
P. O. Box 144
Mauchport, IN 47142

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana